Case: 2:25−cv−01099
Assigned To: Oberg, Daphne A.
Assign. Date: 12/4/2025
Description: Gutierrez v. Cach et al

FILED
2025 DEC 4 AM 10:07
CLERK
U.S. DISTRICT COURT

## JS-44 CIVIL COVER SHEET

---

### I. PLAINTIFF

Pablo Luis Gutierrez
Mailing Address: 12227 S. Wingfoot Ct., Draper, UT 84020
Residence: Camp Buehring, Kuwait

---

### II. DEFENDANTS

CACH, LLC
Johnson Mark, LLC
Jordan S. Allen, Esq.
Peter Richins, Esq.
Butch Johnson, Esq.

---

### III. BASIS OF JURISDICTION

☒ Federal Question (28 U.S.C. § 1331) — Action arises under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.

---

### IV. NATURE OF SUIT

☒ 480 — Consumer Credit (FDCPA)

---

### V. ORIGIN OF CASE

☒ Original Proceeding

---

### VI. CAUSE OF ACTION

15 U.S.C. § 1692 et seq. — Violations of the Fair Debt Collection Practices Act, including §1692e (false or misleading representations),

§1692f (unfair or unconscionable means),
§1692g(b) (failure to validate prior to collection).

Includes supplemental Utah state-law claims: wrongful garnishment, abuse of process, UCSPA violations, and fraud.

---

VII. REQUESTED RELIEF

Monetary Relief: Actual, Statutory, and Punitive Damages
DEMAND: $150,000

---

VIII. JURY DEMAND

☒ Yes

---

IX. RELATED CASES

Underlying Utah Third District Court action was vacated due to improper service; judgment declared void.

---

Prepared by:

/s/ Pablo Luis Gutierrez
Pro Se Plaintiff
Email: gutierrezinspections@gmail.com
Mailing: 12227 S. Wingfoot Ct., Draper, UT 84020
Residence: Camp Buehring, Kuwait