UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| PABLO LUIS GUTIERREZ,<br><br>                Plaintiff,<br><br>v.<br><br>CACH, LLC, et al.,<br><br>                Defendants. | **ORDER TO PROPOSE SCHEDULE**<br><br><br>Case No. 2:25-cv-01099<br><br>Magistrate Judge Daphne A. Oberg |

To secure the just, speedy, and inexpensive determination of every action and proceeding and fulfill the purposes of Fed. R. Civ. P. 1, 16, and 26, IT IS HEREBY ORDERED:

1.      By **February 9, 2026**, Defendants must propose a schedule to Mr. Gutierrez in the form of a draft Attorney Planning Meeting Report.[1]

2.      By **February 16, 2026**, the parties must conduct their planning conference under Fed. R. Civ. P. 26(f).

   a.      The court's preference is for the parties to conduct their Fed. R. Civ. P. 26(f) conference by way of: telephone call, video teleconference, or in-person meeting in which all the required items in Fed. R. Civ. P. 26(f) are discussed.

---

[1] The Attorney Planning Meeting Report can be found on the court's website at: https://www.utd.uscourts.gov/civil-case-scheduling.

b.    If the parties are unable to reach agreement on *all* issues required to be discussed in their Fed. R. Civ. P. 26(f) conference, the parties must conduct a telephone call, a video teleconference, or an in-person meeting before filing a Motion for Scheduling Conference as outlined below.

3.    By **February 23, 2026**, the parties must do one of the following:

a.    If the parties are able to reach agreement on *all* issues required to be discussed in their Fed. R. Civ. P. 26(f) conference, the parties must file a Stipulated Motion for Scheduling Order with a jointly signed Attorney Planning Meeting Report attached. The parties must also email a stipulated Proposed Scheduling Order[2] in word processing format to the undersigned magistrate judge at utdecf_oberg@utd.uscourts.gov.

b.    If the parties are unable to reach agreement on *all* issues required to be discussed in their Fed. R. Civ. P. 26(f) conference, the parties must file a Motion for Scheduling Conference with a copy of their Attorney Planning Meeting Report attached indicating which provisions are contested and which are not. The parties must also email their respective Proposed Scheduling Orders in word

---

[2] The Proposed Scheduling Order can be found on the court's website at: https://www.utd.uscourts.gov/civil-case-scheduling.

processing format to the undersigned magistrate judge at

utdecf_oberg@utd.uscourts.gov.

4.      The parties are urged to propose a schedule providing for:

a.      Completion of fact discovery no more than 6 months after the first answer to the complaint is filed.

b.      Expert reports from the party with the burden of proof on an issue 28 days after the completion of fact discovery, and responsive reports 28 days thereafter.

c.      Completion of expert discovery 28 days after the filing of expert reports.

d.      Dispositive motion deadline no more than 10 months after the first answer to the complaint is filed.

5.      Unless the parties stipulate or the court orders otherwise, the parties must exchange their disclosures under Fed. R. Civ. P. 26(a) within 14 days from the date of the Fed. R. Civ. P. 26(f) conference.

6.      Except as provided by Fed. R. Civ. P. 26(d)(2) or by court order, discovery begins after the conclusion of the Fed. R. Civ. P. 26(f) conference. Any

party who seeks discovery before the Fed. R. Civ. P. 26(f) conference must file a Motion for Expedited Discovery.

IT IS SO ORDERED.

DATED this 6th day of January, 2026.

BY THE COURT:

_Daphne A. Oberg_

Daphne A. Oberg
United States Magistrate Judge