Chase A. Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801) 816-3999
chase@sahlegal.com

*Attorney for Defendant CACH, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| PABLO LUIS GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CACH, LLC; JOHNSON MARK, LLC; JORDAN S. ALLEN, ESQ.; PETER RICHINS, ESQ.; BUTCH JOHNSON, ESQ.<br><br>    Defendant(s). | Case Number: 2:25-cv-01099-DAO<br><br>**DEFENDANT CACH, LLC'S NOTICE OF JOINDER TO JOHNSON MARK DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE AND PROPOSED ALTERNATIVE SCHEDULING ORDER** |

Defendant CACH, LLC ("CACH") hereby joins the Response to Plaintiff's Motion for Scheduling Conference and Proposed Alternative Scheduling Order, filed by Defendants Johnson Mark, LLC, Butch Johnson, Jordan S. Allen, and Peter Richins (collectively, "Johnson Mark Defendants"). Accordingly, CACH requests that the Court adopt the Attorney Planning Meeting Report, and Proposed Scheduling Order filed by the Johnson Mark Defendants.

Dated this 5th day of March 2026.

**STEELE ADAMS HOSMAN**

*/s/ Chase A. Adams*
Chase A. Adams
*Attorney for Defendant CACH, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which sent notification of such filing to the following:

Pablo Luis Gutierrez
12227 S Wingfoot Ct.
Draper, UT 84020
gutierrezinspections@gmail.com
*Plaintiff, Pro Se*

Christopher J. Rogers
JOHNSON MARK, LLC
4548 S. Atherton Drive, Suite 100
Salt Lake City, UT 84123
crogers@jmlaw.com
*Attorney for Defendants Johnson Mark, LLC;*
*Jordan Allen, Esq.; Peter Richins, Esq.; and Butch Johnson, Esq.*

*/s/ Chase A. Adams*
Chase A. Adams
